AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

EDMUND F. BROADLEY III

V.

WILLIAM A. HARDMAN III

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CA 07 458 ML

TO: (Name and address of Defendant)

William A. Hardman III
255 Quaker Lane, Suite 600
West Warwick, RI 02893

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edmund F. Broadley III
P.O. Box 712
Pawtucket, RI 02862

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12.12.07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 12-13-07 11:00 AM |
|---|---|
| NAME OF SERVER (PRINT) Ronald J Russo | TITLE USDC CONSTA 34 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | $0.00 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-13-07
Date

Ronald J Russo
*Signature of Server*

PO BOX 7588 WARWICK RI
*Address of Server*

**Constable # 6139**
**Ronald J. Russo**

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2007 DEC 19 P 1:42
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.