UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDMUND BROADLEY, III | : | |
| | : | |
| VS. | : | C.A. No. 07-458 ML |
| | : | |
| WILLIAM A. HARDMAN, III | : | |

**To the Clerk of this court and all parties of record:**

I hereby enter my appearance for myself in the within matter, Pro Se.

Date: January 2, 2008

**WILLIAM A. HARDMAN, III**
**Defendant, Pro Se**
255 Quaker Lane, Suite 600
West Warwick, RI 02893
(401) 828-8500
(401) 828-0644 (Fax)

**PROOF OF SERVICE**

I hereby certify that on the 2nd day of January, 2008, I mailed a true copy of the within Entry of Appearance to the Plaintiff, Pro Se, Edmund Broadley, P.O. Box 712, Pawtucket, RI 02862, by first class mail, postage prepaid.

(9999P2)