UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDMUND BROADLEY, III :
:
VS. : C.A. No. 07-458 ML
:
WILLIAM A. HARDMAN, III :

**MOTION TO DISMISS COMPLAINT**
**UNDER RULE 12 (b)(1) AND UNDER RULE 12 (b)(6)**

Now comes the Defendant in the above-entitled matter and pursuant to the Federal Rules of Civil Procedure moves this Honorable Court dismiss the instant matter with prejudice under both Rule 12 (b)(1) and Rule 12 (b)(6).

As set forth in the Defendant's Memorandum filed with this Motion, there is neither subject matter jurisdiction in this case nor has Plaintiff set forth a claim upon which relief may be granted by this Honorable Court.

WHEREFORE, your Plaintiff Moves this Honorable Court dismiss Plaintiff's Complaint, with prejudice.

Your Defendant does not request either oral argument or an evidentiary hearing.

Date: January 2, 2008

**WILLIAM A. HARDMAN, III**
**Defendant, Pro Se**
255 Quaker Lane, Suite 600
West Warwick, RI 02893
(401) 828-8500
(401) 828-0644 (Fax)

**PROOF OF SERVICE**

I hereby certify that on the 2nd day of January, 2008, I mailed a true copy of the within Motion to the Plaintiff, Pro Se, Edmund Broadley, P.O. Box 712, Pawtucket, RI 02862, by first class mail, postage prepaid.

(9999P)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDMUND BROADLEY, III | : | |
| | : | |
| VS. | : | C.A. No. 07-458 ML |
| | : | |
| WILLIAM A. HARDMAN, III | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS COMPLAINT UNDER RULE 12 (b)(1) AND UNDER RULE 12 (b)(6)**

Now comes your Defendant, William A. Hardman, III, in the above-entitled matter who moves to dismiss the Plaintiff's Complaint under Rule 12 (b)(1) for lack of subject matter jurisdiction and under Rule 12 (b)(6) for failure to state a claim upon which this Honorable Court may grant relief.

Plaintiff, Edmund Broadley, III, filed the instant action against your Defendant for allegedly violating his civil rights under 42 U.S.C. § 1983. As the Complaint recites (copy at **Tab A**), both parties are residents of the State of Rhode Island. Jurisdiction is premised solely upon federal question jurisdiction.

There is no federal question jurisdiction in this matter. The alleged violation of civil rights concerns conduct of your Defendant, an attorney licensed in the State of Rhode Island, in his representation of Defendant Mark Ricard in the Providence Superior Court Civil Action of Escape "E" Rock N' Roll Revue, Inc. v. Mark Ricard, et al.; C.A. No. 04-2918. As set forth in the attached Affidavit (**Tab B**), at no time was Defendant acting under color of law as defined in 42 U.S.C. § 1983. At all times in that matter your Defendant acted as a privately retained

attorney to Mr. Ricard, defending a civil action filed by Mr. Broadley's corporation. (Broadley was not a party to that civil action.)

There is neither any factual basis nor any reasonable legal argument to assert a claim under 42 U.S.C. § 1983. The courts have uniformly held that while in the course of representing clients, whether appointed or privately retained, attorneys are not state actors and do not act under color of law within the meaning of 42 U.S.C. § 1983. Polk County v. Dodson, 454 U.S. 312, 318 (1981); Page v. Sharpe, 487 F. 2d 567, 570 (1st Cir. 1973); Laurence v. Sollitto, 788 A. 2d 455, 457 (R.I. 2002).

WHEREFORE, your Defendant respectfully requests this Honorable Court dismiss the instant action with prejudice both under Federal Rule of Civil Procedure 12 (b)(1) for lack of subject matter jurisdiction, and under Rule 12 (b)(6) for failure to state a claim as Plaintiff's Complaint is both facially and substantively deficient in establishing either jurisdiction or a predicate factual basis upon which this Honorable Court may grant relief.

Respectfully submitted,

Date: January 2, 2008

**WILLIAM A. HARDMAN, III**
**Defendant, Pro Se**
255 Quaker Lane, Suite 600
West Warwick, RI 02893
(401) 828-8500
(401) 828-0644 (Fax)

**PROOF OF SERVICE**

I hereby certify that on the 2nd day of January, 2008, I mailed a true copy of the within Memorandum to the Plaintiff, Pro Se, Edmund Broadley, P.O. Box 712, Pawtucket, RI 02862, by first class mail, postage prepaid.

______________________________

(9999p4.doc)