UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDMUND BROADLEY, III :
:
VS. : C.A. No. 07-458 ML
:
WILLIAM A. HARDMAN, III :

**AFFIDAVIT OF WILLIAM A. HARDMAN, III**

Now comes William A. Hardman, III in the above-entitled matter who states on oath and deposes as follows:

1. I am the named Defendant in the within action.

2. I have been a licensed attorney in the State of Rhode Island continuously since November 1, 1984.

3. That I represented Mark Ricard as a privately retained attorney in that certain civil court action filed and heard in Providence Superior Court: Escape "E" Rock N' Roll Revue, Inc. v. Mark Ricard, et al.; C.A. No. 04-2918.

4. That the acts complained of by Plaintiff Edmund Broadley, III in his Complaint arise solely out of my representation of Mr. Ricard in that action, while acting as a privately retained attorney.

5. At no time in my life have I ever been employed by or otherwise acted on behalf of the United States, any state, any local government or any agency or political subdivision thereof.

6. I have personal knowledge of the above facts and the same are true of my own knowledge.

William A. Hardman
WILLIAM A. HARDMAN, III

Sworn and subscribed to before me at West Warwick, Rhode Island, on the 2nd day of January, 2008.

Patricia A. Gallagher
NOTARY PUBLIC
My Commission Expires: 2/10/11

(9999P3)