**EXHIBIT A**

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ESCAPE "E" ROCK'N ROLL REVUE, INC. :
:
VS. : C.A. No. 04-2918
:
MARK RICARD :

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that Defendant's counsel will take the deposition of **EDMUND BROADLEY**, President and/or Owner of Plaintiff, **ESCAPE "E" ROCK'N ROLL REVUE, INC.**, upon oral examination pursuant to the Superior Court Rules of Civil Procedure on **Tuesday, October 26, 2004 at 3:30 P.M.** before a Notary Public or other officer authorized to administer oaths by law, at the **LAW OFFICES OF WILLIAM A. HARDMAN, ESQ., 255 Quaker Lane, Suite 600 West Warwick, RI** and the examination shall continue as the taking thereof from time to time may be adjourned.

MARK RICARD, Defendant
By his Attorney,

**LAW OFFICES OF WILLIAM A. HARDMAN, III**

**William A. Hardman, III, Esq.** **#3191**
255 Quaker Lane, Suite 600
West Warwick, RI 02893
(401) 828-8500

**CERTIFICATION**

I hereby certify that on the 5th day of October, 2004, I mailed a true copy of the within Notice of Deposition to **ROBERT D. OSTER, ESQ., 936 Smithfield Avenue, Lincoln, RI 02865**, by first-class mail, postage prepaid.

Patricia Gallagher

c: Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

(9131P17)