**EXHIBIT B**

S-D—Form 400
1-86

# State of Rhode Island and Providence Plantations

PROVIDENCE, SC. SUPERIOR COURT

Civil Action { File No. 04-2918
(other actions)

ESCAPE "E" ROCK'N ROLL REVUE, INC.

vs.

MARK RICARD

*Subpoena Duces Tecum*

To EDMUND BROADLEY, President and Keeper of Records, c/o ROBERT OSTER, ESQ. for Plaintiff, Escape "E" Rock'N Roll Revue, Inc.
of 936 Smithfield Avenue, Lincoln, RI 02865

**YOU ARE HEREBY COMMANDED,** in the name of the **STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS,** to appear in the Law Office of ~~William A. Hardman~~ ~~Court~~ at 255 Quaker Lane, Ste 600 West Warwick within the County of KENT, on the 26th day of October, 2004 at 3:30 o'clock PM., to testify in the above action and bring with you

SEE ATTACHED SCHEDULE "A"

**HEREOF FAIL NOT,** as you will answer your default under the penalty of the law in that behalf made and provided.

Dated at West Warwick the 15th day of OCTOBER, in the year 2004

[signature]

NOTARY PUBLIC
~~CLERK~~

S-144