**EXHIBIT C**

*Law Offices*

**WILLIAM A. HARDMAN III**
AN ASSOCIATION OF INDEPENDENT ATTORNEYS AT LAW
255 Quaker Lane, Suite 600
West Warwick, RI 02893

WILLIAM A. HARDMAN III

MICHAEL J. CROCKER
of counsel

TELEPHONE (401) 828-8500
FACSIMILIE (401) 828-0644

October 26, 2004

**ROBERT D. OSTER, ESQ.**
936 Smithfield Avenue
Lincoln, RI 02865

RE: **Escape "E" Rock'N Roll Revue, Inc. vs. Mark Ricard; C.A. No.: 04-2918**

Dear Attorney Oster:

Due to the actions of both you and your client, despite my warnings in my letter of June 30, 2004, and the representations contained in your letter dated July 7, 2004, you have unlawfully attempted to interfere with my client's right to earn a living. In so doing, you have made yourself a potential witness in the counterclaim for abuse of process. Accordingly, I ask you to recuse yourself from this case.

Very truly yours,

**LAW OFFICES OF WILLIAM A. HARDMAN, III**

William A. Hardman, III

WAH/pag

(d@ 11/4/04; 11/25/04)

(8075C16)