**EXHIBIT D**

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ESCAPE "E" ROCK'N ROLL REVUE, INC. :
:
:
VS. : C.A. No. 04-2918
:
MARK RICARD :

**NOTICE OF RESCHEDULED DEPOSITION**

**PLEASE TAKE NOTICE** that due to Mr. Broadley's unavailability on December 13, 2004, by agreement of counsel the Deposition scheduled for December 13, 2004 has been continued and all subpoenas remain in full force and effect. Defendant's counsel will take the deposition of **EDMUND BROADLEY**, President, Owner and Keeper of the Records of Plaintiff, **ESCAPE "E" ROCK'N ROLL REVUE, INC.**, upon oral examination pursuant to the Superior Court Rules of Civil Procedure on **Wednesday, December 15, 2004 at 2:00 P.M.** before a Notary Public or other officer authorized to administer oaths by law, at the **LAW OFFICES OF WILLIAM A. HARDMAN, ESQ., 255 Quaker Lane, Suite 600 West Warwick, RI** and the examination shall continue as the taking thereof from time to time may be adjourned.

**MARK RICARD, Defendant**
By his Attorney,

**LAW OFFICES OF WILLIAM A. HARDMAN, III**

**William A. Hardman, III, Esq. #3191**
255 Quaker ~~Lane,~~ Suite 600
West Warwick, RI 02893
(401) 828-8500

**CERTIFICATION**

I hereby certify that on the 14th day of December, 2004, I mailed a true copy of the within Notice of Deposition to **ROBERT D. OSTER, ESQ., 936 Smithfield Avenue, Lincoln, RI 02865**, by first-class mail, postage prepaid, and also via facsimile (401-724-1188).

Patricia Gallagher

c: Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920