# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

EDMUND F. BROADLEY III )
Plaintiff, )
v. ) C. A. NO. 07- 458 ML
)
WILLIAM A. HARDMAN III )
Defendant )

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE A SUR-REPLY MEMORANDUM IN RESPONSE TO DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT UNDER RULE 12 (b) (1) AND UNDER RULE 12 (b) (6)**

Now comes the Plaintiff in the above–titled action and hereby moves this Honorable Court for permission to file a sur-reply memorandum in response to Defendant's reply memorandum in support of motion to dismiss complaint under Rule 12 (b) (1) and under Rule 12 (b) (6).

The grounds for this motion are as follows:

Plaintiff asserts that the substance of Defendant's reply memorandum which was received by the Plaintiff on or about January 17, 2008 warrants a response.

**WHEREFORE**, Plaintiff respectfully requests of this Honorable Court that the Plaintiff's motion for permission to file a sur-reply memorandum in response to Defendants reply memorandum in support of Defendant's motion to dismiss Plaintiff's Complaint be granted. .

Plaintiff requests an oral argument hearing of approximately forty-five minutes.

EDMUND F. BROADLEY III
Plaintiff, Pro Se

Date: January 24, 2008

Edmund F. Broadley III
Plaintiff, Pro Se
P.O. Box 712
Pawtucket, RI 02862
401-726-1769

## CERTIFICATION

I hereby certify that I caused a copy of the within Motion for Permission to File a Sur-Reply to be mailed first class U.S. postage prepaid to:

William A. Hardman III, Esq.
255 Quaker Lane, Suite 600
West Warwick, RI 02893

On this 24th day of January , 2008.

Edmund F. Broadley III