# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDMUND F. BROADLEY III<br>Plaintiff, | ) | |
| v. | ) | C. A. NO. 07- 458 ML |
| | ) | |
| WILLIAM A. HARDMAN III<br>Defendant | ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT UNDER RULE 12 (b) (1) AND UNDER RULE 12 (b) (6)**

Now comes the Plaintiff in the above–titled action and hereby moves this Honorable Court to strike Defendant's reply memorandum in support of motion to dismiss complaint under Rule 12 (b) (1) and under Rule 12 (b) (6).

The grounds for this motion are as follows:

Under LR Cv 7 (b) (2) a reply memorandum "shall not present additional grounds for granting the motion, or reargue or expand upon the arguments made in support of the motion."

**WHEREFORE**, Plaintiff respectfully requests of this Honorable Court that the Plaintiff's motion to strike Defendant's reply memorandum be granted.

Plaintiff requests an oral argument hearing of approximately forty-five minutes.

EDMUND F. BROADLEY III
Plaintiff, Pro Se

Date: January 24, 2008

Edmund F. Broadley III
Plaintiff, Pro Se
P.O. Box 712
Pawtucket, RI 02862
401-726-1769

**CERTIFICATION**

I hereby certify that I caused a copy of the within Objection to be mailed first class U.S. postage prepaid to:

William A. Hardman III, Esq.
255 Quaker Lane, Suite 600
West Warwick, RI 02893

On this 24th day of January , 2008.

Edmund F. Broadley III