UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDMUND F. BROADLEY III

v. CA 07-458 ML

WILLIAM A. HARDMAN III

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Almond on February 25, 2008. This Court has reviewed Plaintiff's objections and supporting Memorandum of Law. This Court has also reviewed the Complaint and the Report and Recommendation. Having considered Plaintiff's arguments and the recommendations of Magistrate Judge Almond, this Court adopts the Report and Recommendation and GRANTS the Motion to Dismiss. This Court acknowledges that Plaintiff is proceeding *pro se* in this matter, and that his pleadings are to be given a more generous reading than those prepared by a trained lawyer, however, in this instance, Plaintiff's pleadings, although well-stated, suffer from a fundamental misunderstanding of the applicable law.

Accordingly, the Motion to Dismiss is hereby granted.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 12, 2008