# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDMUND F. BROADLEY III<br>Plaintiff,<br>v.<br><br>WILLIAM A. HARDMAN III<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | C. A. NO. 07- 458 ML<br>NOTICE OF APPEAL |

**NOTICE OF APPEAL**

Notice is hereby given that Edmund F. Broadley III, plaintiff in the above-titled case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12 (b)(6) entered in this action on the 10th day of March, 2008 by the District Court named above.

The Order appealed is an appealable Order which provided that the Plaintiff's Complaint be dismissed on the basis of a factually and legally erroneous conclusion that the Plaintiff failed to state a claim upon which relief can be granted.

Dated: April 4, 2008

EDMUND F. BROADLEY III
Plaintiff, Pro Se

Edmund F. Broadley III
Plaintiff, Pro Se
P.O. Box 712
Pawtucket, RI 02862
401-726-1769

## CERTIFICATION

I hereby certify that I caused a copy of the within Notice of Appeal to be mailed first class U.S. postage prepaid to:

William A. Hardman III, Esq.
255 Quaker Lane, Suite 600
West Warwick, RI 02893

On this 4th day of April, 2008.

Edmund F. Broadley III